

Memo To: Inmate John Kersey X41071

From: T Gaylord, Health Services Administrator
Hamilton CI

Date: 1/15/16

Subject: Complaint forwarded from Tallahassee-treatment for shoulder/hip pain

D1144S

---

Inmate John Kersey X41071- Your complaint was received at this office and it has been carefully reviewed and evaluated. Records available from the Hamilton Medical department were also reviewed. Per Medical you were seen on 11/17/15 for joint pain and given ibuprofen. You declared an emergency on 11/20/15 and were referred to the MD. Xrays were ordered 11/20/15 and were normal. At your follow-up appointment with the MD on 11/30/15 it was discovered the right shoulder xray was ordered but not done at that time. Shoulder Xray was re-ordered and completed 12/14/15 at RMC Radiology, resulting in 1.3 cm fracture fragment. You had a follow-up with the MD on 12/15/15 at which time a Consult was written to Orthopedics. After return from Orthopedics on 1/4/15 the recommendation was: an MRI of the hip and shoulder, with surgery to follow. The MRI request has been submitted, approved and scheduled. The surgery has been approved but will not take place until after the MRI. You also have a follow-up with the MD next week to discuss your treatment plan and pain management until your surgery date. Access Medical or declare an inmate emergency at your discretion.

Thank you,

T Gaylord, Health Service Administrator
Hamilton Correctional Institution

CORIZON
10650 SW 46th st. Jasper, Fl. 32052